**TROUTMAN PEPPER LOCKE LLP**
Thomas N. Abbott (OSB 193043)
Thomas.Abbott@troutman.com
100 SW Main Street, Suite 1000
Portland, OR 97204
Telephone: (503) 290-2322

Justin D. Balser (OSB 201778)
Justin.Balser@troutman.com
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Telephone: (949) 622-2700

Brooke K. Conkle (admitted *pro hac vice*)
brooke.conkle@troutman.com
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1873


Attorneys for Defendant
NATIONSTAR MORTGAGE LLC d/b/a
MR. COOPER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>    v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>          Defendant. | Case No. 6:24-cv-1855-MTK<br><br>**JOINT MOTION TO EXTEND DISCOVERY DEADLINES OR, IN THE ALTERNATIVE, TO STAY**<br><br>**Pursuant to Local Rule 16-3** |

      Plaintiff Chet Michael Wilson ("Plaintiff") and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") (collectively referred to as the "Parties"), through their respective attorneys of record, and pursuant to Local Rule 16-3 and the Court's individual rules, jointly move

1

the Court to extend the discovery deadlines established on July 22, 2025 or, in the alternative, to stay the case pending the parties' mediation, and state as follows in support:

1. This action alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227. The Parties are currently engaged in discovery pursuant to the Federal Rules of Civil Procedure.

2. On July 22, 2025, the Court granted the Parties' Joint Motion to Extend Discovery Deadlines and established the following deadlines applicable to this action: (1) Exchange of expert witness disclosures by October 23, 2025; (2) expert rebuttal disclosures by December 5, 2025; (3) discovery to be completed by January 2, 2025; (4) dispositive motions due by March 13, 2025.

3. The Parties have since exchanged multiple rounds of written discovery, have taken depositions, engaged in expert discovery, and engaged in third-party discovery.

4. Following these efforts, the Parties believe there is a reasonable opportunity to resolve this matter though mediation. The Parties have agreed upon a mediator and are currently scheduling a mediation, with the mediator's first available dates in March 2026.

5. The Parties respectfully request to further extend the discovery deadlines or, in the alternative, stay this matter pending mediation, as they explore the possibility of resolving this matter without judicial intervention.

6. The Parties respectfully request that the Court enter an Order extending the current deadlines as follows: (1) Completion of discovery by May 22, 2026; and (2) dispositive motions due by July 31, 2026.

7. Alternatively, the Parties respectfully request that the Court enter an Order staying this matter pending the Parties' mediation, with the Parties to provide status reports every thirty (30) days.

8. The Parties have met and conferred regarding the relief sought through this motion and agree to the relief requested herein.

9. Neither Party will suffer prejudice as a result of the extension sought through this motion.

10. Because the Parties have agreed to the proposed extension of the above-referenced deadlines, no hearing on this Joint Motion is necessary unless desired by the Court.

WHEREFORE, Plaintiff Chet Michael Wilson and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper, by counsel, respectfully request that the Court grant their Joint Motion and enter an Order extending the current deadlines as follows: (1) Completion of discovery by May 22, 2026; and (2) dispositive motions due by July 31, 2026. In the alternative, the Parties respectfully request that the Court enter an Order staying this matter pending the Parties' mediation, with the Parties to provide status reports every thirty (30) days.

Respectfully submitted this 23rd day of December, 2025.

| **PARONICH LAW, P.C.** | **TROUTMAN PEPPER LOCKE LLP** |
|---|---|
| /s/ Anthony Paronich (with permission) | /s/ Thomas N. Abbott |
| Anthony Paronich (*pro hac vice*) | Thomas N. Abbott (OSB 193043) |
| Email: anthony@paronichlaw.com | Justin D. Balser (OSB 201778) |
| 350 Lincoln Street, Suite 2400 | John C. Lynch (*pro hac vice* forthcoming) |
| Hingham, MA 02043 | Brooke K. Conkle (admitted *pro hac vice*) |
| Telephone: (617) 485-0018 | |
| Facsimile: (508) 318-8100 | *Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| *Attorneys for Plaintiff and the Proposed Class* | |

**CERTIFICATE OF COMPLIANCE**

This motion complies with the applicable word-count limitation under Local Rule 7-2(b) because it contains 455 words, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and certificates of counsel.

 /s/ Thomas N. Abbott
Thomas N. Abbott