**TROUTMAN PEPPER LOCKE LLP**
Thomas N. Abbott (OSB 193043)
Thomas.Abbott@troutman.com
100 SW Main Street, Suite 1000
Portland, OR 97204
Telephone: (503) 290-2322

Justin D. Balser (OSB 201778)
Justin.Balser@troutman.com
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Telephone: (949) 622-2700

Brooke K. Conkle (admitted *pro hac vice*)
brooke.conkle@troutman.com
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1873

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC d/b/a
MR. COOPER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>    Defendant. | Case No. 6:24-cv-1855-MTK<br><br>**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**<br><br>**Pursuant to Local Rule 16-3** |

Plaintiff Chet Michael Wilson ("Plaintiff") and Defendant Nationstar Mortgage LLC d/b/a

Mr. Cooper ("Nationstar") (collectively referred to as the "Parties"), through their respective

attorneys of record, and pursuant to Local Rule 16-3 and the Court's individual rules, jointly move

1

the Court to extend the discovery deadlines established on January 7, 2026 and state as follows in support:

1.      This action alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227.  The Parties are currently engaged in discovery.

2.      On January 7, 2026, the Court granted the Parties' Joint Motion to Extend Discovery Deadlines and established the following deadlines applicable to this action: (1) discovery to be completed by May 22, 2026, and (2) dispositive motions due by July 31, 2026.

3.      To date, the Parties exchanged multiple rounds of written discovery, have taken depositions, engaged in expert discovery, and engaged in third-party discovery.

4.      The Parties engaged in mediation on April 29, 2026, but did not reach a resolution.

5.      The Parties anticipate needing a brief extension of time to complete discovery in this matter.  The Parties also remain engaged in settlement discussions.

6.      The Parties respectfully request that the Court enter an Order further extending the discovery deadlines in this case by an additional sixty (60) days, through and including July 21, 2026, and extending the dispositive motions deadline by sixty (60) days, through and including September 29, 2026.

7.      The Parties have met and conferred regarding the relief sought through this motion and agree to the relief requested herein.

8.      Neither Party will suffer prejudice as a result of the extension sought through this motion.

9.      Because the Parties have agreed to the proposed extension of the above-referenced deadlines, no hearing on this Joint Motion is necessary unless desired by the Court.

WHEREFORE, Plaintiff Chet Michael Wilson and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper, by counsel, respectfully request that the Court grant their Joint Motion and enter an Order extending the current deadlines as follows: (1) Completion of discovery by July 21, 2026; and (2) dispositive motions due by September 29, 2026.

Respectfully submitted this 21st day of May, 2026.

**PARONICH LAW, P.C.**

*/s/Anthony Paronich (with permission)*
Anthony Paronich (*pro hac vice*)
Email: anthony@paronichlaw.com
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Thomas N. Abbott*
Thomas N. Abbott (OSB 193043)
Justin D. Balser (OSB 201778)
John C. Lynch (*pro hac vice* forthcoming)
Brooke K. Conkle (admitted *pro hac vice*)

*Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

## CERTIFICATE OF COMPLIANCE

This motion complies with the applicable word-count limitation under Local Rule 7-2(b) because it contains 355 words, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and certificates of counsel.

*/s/ Thomas N. Abbott*
Thomas N. Abbott